UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 1 6 2013 ★
BROOKLYN OFFICE

------------------------------------------------------------x
IBELISE TIRADO,

                                Plaintiff,

        -against-

COMMISSIONER OF SOCIAL SECURITY,

                                Defendant.

------------------------------------------------------------x

**MEMORANDUM AND ORDER**

No. 13-CV-3798 (ENV)

**VITALIANO, D.J.**

       Having reviewed these proceedings, the Court has determined that the interests of justice would best be served by the appointment of counsel to represent plaintiff. Accordingly, pursuant to 28 U.S.C. § 1915(e)(1), the Clerk of Court is directed to appoint an attorney selected from the Pro Bono Panel to represent plaintiff. The assigned attorney shall file a notice of appearance with thirty (30) days of receipt of the notice of appointment, or shall file an application for relief from appointment. Plaintiff's request for *in forma pauperis status* is granted.

       SO ORDERED.

/S/ Judge Eric N. Vitaliano
_____
ERIC N. VITALIANO
United States District Judge

Dated: Brooklyn, New York
       July 16, 2013